# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**ZAK OWEN,** *et al.,*

                             **Plaintiff(s),**

                                                     **Case No 2:25cv598**

**VIRGINIA FAIR HOUSING
OFFICE DPOR,** e*t al.,*

                             **Defendant(s),**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this matter is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

DATED: July 7, 2026

                                 LAURA G. GRIFFIN, Clerk

                                 By:___/s/____

                                 E. Price, Deputy Clerk